JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile: 415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> APPROXIMATELY $57,890 IN UNITED STATES CURRENCY, <br>     Defendant. | No. 10- 01829 JL <br><br> CASE MANAGEMENT CONFERENCE STATEMENT |

Plaintiff hereby submits this Status Conference Statement[1]:

**1. Nature of Case**

This is a forfeiture action. Plaintiff contends that the defendant currency constitutes: (1) proceeds of drug trafficking and/or funds to be used to facilitate the sale and distribution of controlled substances and subject to forfeiture, pursuant to Title 21, United States Code, Section 881(a)(6); and (2) as smuggled currency pursuant to Title 31, United States Code, Sections 5317(c) and 5332(c).

///

///

---

[1] At present, there are no other parties in this action.

2	**Status of Service**

The United States of America ("United States") served the three known potential defendants: Jesus Guerrero, Rosendo Garcia Guerrero, and Angelica Prado Ochoa. In the interests of settlement, on June 1, 2010, the United States agreed to extend the time to file a claim for Jesus Guerrero, Rosendo Garcia Guerrero, and Angelica Prado Ochoa by 30 days, until July 1, 2010. Before that deadline expired, the United States has entered into a settlement agreement with Jesus Guerrero. Defendant is approximately $57,890 in United States Currency ("defendant currency"). That agreement is being field concurrently with this statement. No other claims, answers, or settlements have been received.

In addition, the government published notice of this forfeiture action on an official government forfeiture website from April 30, 2010, through May 29, 2010. For those receiving individual notice by mail, and only receiving notice of this action by publication, the deadline to file a claim is 60 days after the first date of publication – by June 28, 2010.

3.	**Primary Factual and Legal Issues**

Given that no claims nor Answers have been filed in this action, plaintiff contends that there are no issues in dispute. Should anyone else file a Claim and Answer in this action, plaintiff anticipates that the following issues would be disputed: (1) whether claimant's claim was timely; (2) whether claimant is an innocent owner of the defendant funds; and (3) whether plaintiff can establish by a preponderance of the evidence that the defendant funds drug proceeds, was used to facilitate a drug trafficking offense, or was smuggled into the United States.

4. **Narrowing of Issues**

Plaintiff contends that the legitimacy of the prospective claimant's alleged innocent ownership interest in the defendant funds can be narrowed through discovery.

5.	**Anticipated Motions**

As noted above, no claims nor Answers have been filed in this matter. Accordingly, plaintiff anticipates that it may file a motion seeking default judgment for failure to plead and/or defend the action and/or a motion for terminating and other sanctions. Should the matter survive a default motion, plaintiff intends to file a motion for summary judgment and/or summary

Case Management Statement
No. 10- 01829 JL                                  2

adjudication on probable cause at the close of discovery.

6. **Relief/Damages**

Plaintiff seeks a judgment of forfeiture of the defendant currency. This is not a damages case.

7. **Class Action**

This is not a class action.

7. **Other**

As there are no active parties other than the United States, the United States respectfully requests that the case management conference be continued for 60 days to allow the United States to file a motion seeking default judgment, and for that motion to be heard.

DATED: July 30, 2010                    Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        /s/ David Countryman
                                        DAVID COUNTRYMAN
                                        Assistant United States Attorney

The Case Management Conference is continued to October 6, 2010 at 10:30 a.m.

August 2, 2010

IT IS SO ORDERED
Judge James Larson

Case Management Statement
No. 10- 01829 JL                        3