JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Telephone: 415.436.7303
Facsimile:  415.436.7234
Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> APPROXIMATELY $57,890 IN UNITED STATES CURRENCY, <br> Defendant. | No. 10- 01829 WHA <br><br> **ORDER APPROVING JESUS GUERRERO SETTLEMENT AGREEMENT** |

The parties stipulate and agree as follows:

1. Plaintiff is the United States of America ("United States"). Defendant is approximately $57,890 in United States Currency ("defendant currency"). After proper notification and publication was given, no party filed a timely claim in this action. However, the United States has agreed to extend the filing deadline for Jesus Guerrero, Rosendo Garcia Guerrero, and Angelica Prado Ochoa for an additional 30 days. The United States and potential claimant Jesus Guerrero are hereafter referred to as the "parties" in this document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

2. The parties agree that the resolution of the lawsuit is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been

1  freely and voluntarily entered into by the parties. The parties further agree that there are no
2  express or implied terms or conditions of settlement, whether oral or written, other than those set
3  forth in this Agreement. This Agreement shall not be modified or supplemented except in
4  writing signed by the parties. The parties have entered into this Agreement in lieu of continued
5  protracted litigation and District Court adjudication.

6      3.    The parties further agree that this Settlement Agreement does not constitute
7  precedent on any legal issue for any purpose whatsoever, including all administrative
8  proceedings and any lawsuits.

9      4.    This settlement is a compromise over disputed issues and does not constitute any
10  admission of wrongdoing or liability by any party.

11      5.    The parties have agreed that the United States will return $2,500 of the defendant
12  currency to Guerrero. The return of $2,500 shall be in full settlement and satisfaction of any and
13  all claims by Guerrero, his heirs, representatives and assignees to the defendant currency.
14  Guerrero, his heirs, representatives and assignees, shall hold harmless the United States, any and
15  all agents, officers, representatives and employees of same, including all federal, state and local
16  enforcement officers, for any and all acts directly or indirectly related to the seizure of defendant
17  currency and the facts alleged in the Complaint for Forfeiture filed on or about April 28, 2010.

18      6.    Guerrero agrees that sufficient evidence exists to establish forfeiture of the
19  remainder of the defendant currency ($55,390 [handwritten, replacing stricken "$55,179"] plus all interest accrued on the entire defendant
20  currency), pursuant to Title 21, United States Code, Section 881(a)(6), and consents to the
21  forfeiture of the remainder of the defendant currency to the United States without further notice
22  to him. Guerrero further withdraws all claims to the remainder of the defendant currency and
23  relinquishes all right, title and interest in the remainder of the defendant currency, and agrees that
24  said property shall be forfeited to the United States and disposed of according to law by the
25  United States.

26      7.    Guerrero represents that he has had the opportunity to consult with an attorney
27  and an interpreter, if necessary, and he has carefully read and understands the scope and effect of
28  the provisions of this settlement agreement.

Settlement Agreement
No.10-01829 WHA                              2

8. The United States and Claimant agree that each party shall pay its own attorneys' fees and costs.

9. Based on the foregoing Settlement Agreement between the United States, claimant Guerrero, the Parties agree that, subject to the Court's approval, the proposed JUDGMENT OF FORFEITURE which is submitted with this Settlement Agreement be entered.

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 7/30/10

DAVID COUNTRYMAN
Assistant United States Attorney

Dated: 6-11-10

BARRY HACHMYER, ESQ>
Attorney for Potential Claimant
~~Rosendo Garcia~~ JESUS Guerrero

Dated: 6-14-10

JESUS GUERRERO
Potential Claimant

I, __N/A__, declare under penalty of perjury under the law of the United States that I understand the Spanish language and the English language and, to the best of my knowledge and belief, I have correctly translated and read this Settlement Agreement to JESUS GUERRERO, and he confirmed his understanding of its contents.

Dated:                                         __N/A__

Translator

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS ____ DAY OF October 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Settlement Agreement
No. 10-01829 WHA                        3